[No. 43536-1-I.    Division One.    October 25, 1999.]

MICHAEL FULLER, *Appellant*, v. THE CITY OF KIRKLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10732-4, Richard D. Eadie, J., entered September 25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43606-6-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. M.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-06311-6, John M. Darrah, J., entered October 27, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43817-4-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02486-7, Michael J. Fox, J., entered November 18, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44056-0-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAVON R. CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01780-2, Anthony P. Wartnik, J., entered January 25, 1999. *Reversed* by unpublished per curiam opinion.